May 17, 1977.

M. P. No. 77-144. ANTHONY DeLUCA *v.* RHODE ISLAND STATE BOARD OF ELECTIONS *et al.* The motion of the respondent Board of Canvassers and the respondent City Clerk asking that this court authorize the granting by the Board of Elections of a continuance of a hearing scheduled for Wednesday, May 18, 1977 at 1:30 p.m., from that date to Friday, May 20, 1977 is hereby denied. *DeSano & Thibodeau, Robert S. Goldman, Keven A. McKenna,* for petitioner. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, *Peter Palombo, Jr.,* City Solicitor, *Stephen F. Achille,* for respondents.